IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

COREY J. LAVIGNE,

    Defendant.

4:15-CR-3098

FINAL ORDER OF FORFEITURE

    This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 40).

    On November 19, 2015, the Court entered a Preliminary Order of Forfeiture (filing 26) pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1028(b)(5), based upon the defendant's plea of guilty to conspiring to produce false identification documents in violation of 18 U.S.C. § 1028(a)(1), (b)(1)(A), and (f), and his admission of the forfeiture allegation contained in the information. Filings 7 and 13. By way of the Preliminary Order of Forfeiture, the defendant's interest was forfeited in:

1.     $1,320.00 in cash located and seized on December 18, 2013, near 6100 O Street, Lincoln, Nebraska;

2.     $5,260.00 in cash located and seized on December 18, 2013, at 5132 Madison, #8, Lincoln, Nebraska;

3.     $4,123.22 of proceeds contained in account number XXXXX1088 in the name of and/or for the benefit of Corey J. Lavigne at First National Bank of Omaha, Omaha, Nebraska;

4.     2007 Silver Jeep Wrangler (VIN: 1J4GA391X7L211749) purchased by Corey J. Lavigne on or about November 23, 2013 with proceeds totaling $17,750.00;

5.     $11,985.92 of proceeds contained in account number XXXXXX1805 in the name of and/or for the benefit of Austin J. Asche at Wells Fargo Bank, Omaha, Nebraska;

6. $24,486.22 of proceeds contained in Fidelity Investment account number XXXXX7135 in the name and/or benefit of Austin J. Asche (TIN: XXX-XX-1671);

7. Cash deposits of proceeds made into PayPal account number XXXXXXXXX443538339 in the name of Austin J. Asche totaling $23,285.90;

8. 2014 White Jeep Grand Cherokee Limited (VIN: 1C4RJFBG4EC399714) purchased by Austin A. Asche on or about March 4, 2014 with proceeds totaling $25,000.00;

9. Cash deposits of proceeds made into PayPal account number XXXXXXXXX110066002 in the name of Mitchell R. Morey, totaling $15,635.92;

10. Cash deposits of proceeds made into PayPal account number XXXXXXXXX512961937 in the name of Christopher Ratkovec, totaling $2,730.00;

11. Cash deposits of proceeds made into PayPal account number XXXXXXXXX321166847 in the name of Mike Blevins, totaling $180.00;

12. Cash deposits of proceeds made into PayPal account number XXXXXXXXX825012391 in the name of Ken Buckingham, totaling $3,690.00;

13. Cash deposits of proceeds made into PayPal account number XXXXXXXXX589501200 in the name of Jacob Massa, totaling $1,010.00.

Filing 26.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on December 5, 2015, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 41) was filed on February 11, 2016. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 40) is granted.

2. All right, title, and interest in and to the following property, held by any person or entity, are forever barred and foreclosed:

    a. $1,320.00 in cash located and seized on December 18, 2013, near 6100 O Street, Lincoln, Nebraska;

    b. $5,260.00 in cash located and seized on December 18, 2013, at 5132 Madison, #8, Lincoln, Nebraska;

    c. $4,123.22 of proceeds contained in account number XXXXX1088 in the name of and/or for the benefit of Corey J. Lavigne at First National Bank of Omaha, Omaha, Nebraska;

    d. 2007 Silver Jeep Wrangler (VIN: 1J4GA391X7L211749) purchased by Corey J. Lavigne on or about November 23, 2013 with proceeds totaling $17,750.00;

    e. $11,985.92 of proceeds contained in account number XXXXXX1805 in the name of and/or for the benefit of Austin J. Asche at Wells Fargo Bank, Omaha, Nebraska;

    f. $24,486.22 of proceeds contained in Fidelity Investment account number XXXXX7135 in the name and/or benefit of Austin J. Asche (TIN: XXX-XX-1671);

    g. Cash deposits of proceeds made into PayPal account number XXXXXXXXX443538339 in the name of Austin J. Asche totaling $23,285.90;

    h. 2014 White Jeep Grand Cherokee Limited (VIN: 1C4RJFBG4EC399714) purchased by Austin A. Asche on or about March 4, 2014 with proceeds totaling $25,000.00;

i. Cash deposits of proceeds made into PayPal account number XXXXXXXXXX110066002 in the name of Mitchell R. Morey, totaling $15,635.92;

j. Cash deposits of proceeds made into PayPal account number XXXXXXXXXX512961937 in the name of Christopher Ratkovec, totaling $2,730.00;

k. Cash deposits of proceeds made into PayPal account number XXXXXXXXXX321166847 in the name of Mike Blevins, totaling $180.00;

l. Cash deposits of proceeds made into PayPal account number XXXXXXXXXX825012391 in the name of Ken Buckingham, totaling $3,690.00; and

m. Cash deposits of proceeds made into PayPal account number XXXXXXXXXX589501200 in the name of Jacob Massa, totaling $1,010.00.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 12th day of February, 2016.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge